# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Gerald Hacker

Plaintiff(s),

v.

Thomas Dart, et al.

Defendant(s).

Case No. 1:17-cv-04282
Judge Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

☒ other: The Court grants summary judgment to the Defendants Sheriff Thomas J. Dart, Cook County, Officer Sabrina Rivero-Canchola and Officer David Sandoval, and against Plaintiff Gerald Hacker. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger on Defendants' motions for summary judgment ([245] and [248]).

Date: 11/16/2021                              Thomas G. Bruton, Clerk of Court

                                              Jessica J. Ramos, Deputy Clerk